UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE GRAND JURY INVESTIGATIONS <br><br> CONTRACT PARALEGAL WORKING IN THE UNITED STATES ATTORNEY'S OFFICE BOSTON OFFICE | ) ) ) ) ) ) ) ) ) ) ) M.B.D. NO. _Mc 91254-IT_ |

## ORDER

UPON CONSIDERATION of the *ex parte* petition of the United States of America filed pursuant to Fed. R. Crim. P. 6(e)(3)(A)(ii) and (E)(i) on June 18, 2018 for disclosure of grand jury materials,

It is hereby ORDERED that the *ex parte* petition of the United States is hereby GRANTED for the reasons set forth in the United States's petition, namely that:

(1) the United States has demonstrated that the particular contract paralegal identified in the United States's petition, under the specified circumstances of his employment and supervision as a paralegal in the United States Attorney's Office, qualifies as "government personnel" within the meaning of that term in Rule 6(e); and

(2) the United States has demonstrated a particularized need for the requested disclosure and the Court is of the opinion that the disclosure requested is in the interests of justice.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 6(e)(3)(A)(ii) and (E)(i), matters occurring before the grand jury may be disclosed to the specified contract paralegal identified in the United States's petition for use during the performance of his duties assisting

attorneys for the Government in the performance of such attorneys' duty to enforce federal criminal laws and in connection with and preliminarily to criminal proceedings.

IT IS FURTHER ORDERED that the Government's memorandum and petition, but not this Order, be sealed until further Order of this Court.

SO ORDERED.

DATED: 6/20/2018

_____
UNITED STATES DISTRICT JUDGE